No. 893. Payne Furnace & Supply Co., Inc. *v.* Williams-Wallace Company. May 26, 1941.

No. 936. William Davies Co., Inc. *v.* Illinois ex rel. Toman, County Treasurer. May 26, 1941.

No. 876, October Term, 1938. Sweet et al. *v.* Commissioner of Internal Revenue. June 2, 1941. The motion for leave to file petition for rehearing is denied. 307 U. S. 627.

No. 882, October Term, 1939. Fretwell *v.* Gillette Safety Razor Co. June 2, 1941. The motion for leave to file a second petition for rehearing is denied. 311 U. S. 724.

No. 601. Sampsell, Trustee, *v.* Imperial Paper & Color Corp. June 2, 1941.

No. 655. Department of Treasury of Indiana et al. *v.* Ingram-Richardson Manufacturing Co. of Indiana, Inc. June 2, 1941.

No. 708. Philadelphia-Detroit Lines, Inc. *v.* Simpson, State Road Commissioner, et al. June 2, 1941. 312 U. S. 655.

No. 857. Tinkoff *v.* Klein-Exel, Trustee; and
No. 858. Tinkoff *v.* McManus, Trustee. June 2, 1941.

No. 921. Funks Grove Grain Co. *v.* Alton Railroad Co. June 2, 1941.